In the Matter of the Estate of HARRY ENGELBERG, Deceased. ESTHER ENGELBERG, as Administratrix, etc., of HARRY ENGELBERG, Deceased, Appellant; JACOB RAPHAEL, Attorney, Respondent.— Order of the Surrogate's Court of Orange County, granting the application of Jacob Raphael, attorney, under section 231-a of the Surrogate's Court Act, to fix his fee and expenses, directing that his compensation be fixed at the sum of $250 and his disbursements at the sum of twenty dollars, and further directing payment by the administratrix of the aggregate sum of $270 in full of all his claims for services rendered in connection with the estate of the decedent, affirmed, with ten dollars costs and disbursements to respondent, payable out of the estate. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of ANTONIO GIAMBRUNO and SABINA GIAMBRUNO, Petitioners, to Review a Determination of the BOARD OF APPEALS OF THE CITY OF GLEN COVE, and ROBERT ANDERSON and Others, the Members Thereof, VINCENZO LUCA, FRANK CAPOBIANCO and NELLIE CAPOBIANCO, Respondents.— Proceeding to review the determination of the board of appeals of the city of Glen Cove which denied petitioners' application for a variance to permit a change of a non-conforming use of their premises as a dairy to the non-conforming use as a bakery. Determination of the board of appeals unanimously confirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.